**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

ALIREZA SHADI,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

CIVIL ACTION NO.: 5:26-cv-795

**O R D E R**

Respondent filed a Motion to Dismiss on August 6, 2026. Doc. 6. Petitioner was to respond to this Motion on or before August 20, 2026, yet he has failed to do so. Local R. 7.5 (allowing 14 days for response to motions to dismiss). The Court **ORDERS** Petitioner to show cause why the Court should not grant Respondent's Motion as unopposed and dismiss this cause of action based on Petitioner's failure to follow this Court's Orders and Local Rules **on or before September 12, 2026**. Petitioner can show cause by filing a response to the Motion to Dismiss or by informing the Court he does not oppose the Motion.

**SO ORDERED**, this 2nd day of September, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA